| | |
|---|---|
| IRELL & MANELLA LLP<br>Joseph Lipner (155735)<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4276<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br>E-mail: jlipner@irell.com<br>Attorney for Defendant TiVo Inc. | WEIL, GOTSHAL & MANGES LLP<br>Mark G. Davis<br>1300 Eye Street NW, Suite 900<br>Washington, DC 20005-3314<br>Telephone: (202) 682-7258<br>Email: mark.davis@weil.com<br>Attorney for Plaintiff Microsoft Corporation |
| BYRNES KELLER CROMWELL LLP<br>Bradley S. Keller<br>1000 Second Avenue, 38th Floor<br>Seattle, WA 98104-4082<br>Telephone: (206) 622-2000<br>Email: bkeller@byrneskeller.com<br>Attorney for Defendant TiVo Inc. | DANIELSON HARRIGAN LEYH &<br>TOLLEFSON LLP<br>Arthur W. Harrigan, Jr.<br>999 3rd Avenue, Suite 4400<br>Seattle, WA 98104<br>Telephone: (206) 623-1700<br>Email: arthurh@dhlt.com<br>Attorney for Plaintiff Microsoft Corporation |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>   Plaintiff<br><br> v.<br><br>TIVO INC.,<br><br>   Defendant. | ) Case No. 5:11−CV−02896−LHK<br>)<br>) **JOINT STIPULATION TO PERMIT**<br>) **WITHDRAWAL OF COUNSEL OF**<br>) **ATTORNEYS BRADLEY S. KELLER**<br>) **AND JOFREY M. MCWILLIAM AND**<br>) **THE LAW FIRM OF BYRNES**<br>) **KELLER CROMWELL LLP**<br>)<br>) **JURY TRIAL DEMANDED** |

JOINT STIPULATION TO PERMIT WITHDRAWAL OF
COUNSEL OF ATTORNEYS BRADLEY S. KELLER AND
JOFREY M. MCWILLIAM AND THE LAW FIRM OF
BYRNES KELLER CROMWELL LLP
Case No. 5:11−CV−02896−LHK

The parties stipulate and respectfully request that the Court enter an order permitting attorneys Bradley S. Keller and Jofrey M. McWilliam and the law firm of Byrnes Keller Cromwell LLP to withdraw as counsel for TiVo Inc. Byrnes Keller Cromwell LLP and Messrs. Keller and McWilliam are located in Seattle, Washington, and this case has now been transferred from the United States District Court in the Western District of Washington to the United States District Court in the Northern District of California. Other attorneys involved in the case from Irell & Manella LLP continue to represent TiVo Inc.

Respectfully submitted,

Dated: November 18, 2011　　**IRELL & MANELLA LLP**

By: /s/ Joseph Lipner
　　　Joseph Lipner

Dated: November 18, 2011　　**BYRNES KELLER CROMWELL LLP**

By: /s/ Bradley S. Keller
　　　Bradley S. Keller

Dated: November 18, 2011　　**WEIL, GOTSHAL & MANGES LLP**

By: /s/ Mark G. Davis
　　　Mark G. Davis

JOINT STIPULATION TO PERMIT WITHDRAWAL OF
COUNSEL OF ATTORNEYS BRADLEY S. KELLER AND
JOFREY M. MCWILLIAM AND THE LAW FIRM OF
BYRNES KELLER CROMWELL LLP
Case No. 5:11−CV−02896−LHK

- 2 -

1 **ORDER**

2     Based on the foregoing stipulation, the Court hereby ORDERS that Byrnes Keller

3 Cromwell LLP and Bradley S. Keller and Jofrey M. McWilliam have withdrawn as counsel for

4 Defendant TiVo Inc. in this action.

5

6 Dated: November 22, 2011      *Lucy H. Koh*
    UNITED STATES DISTRICT JUDGE

JOINT STIPULATION TO PERMIT WITHDRAWAL OF
COUNSEL OF ATTORNEYS BRADLEY S. KELLER AND
JOFREY M. MCWILLIAM AND THE LAW FIRM OF
BYRNES KELLER CROMWELL LLP
Case No. 5:11−CV−02896−LHK

- 3 -