WEIL, GOTSHAL & MANGES LLP
Jared Bobrow (SBN 133712)
*jared.bobrow@weil.com*
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Mark G. Davis *(pro hac vice)*
*mark.davis@weil.com*
1300 Eye Street NW, Suite 900
Washington D.C. 20005-3314
Telephone: (202) 682-7258
Facsimile: (202) 857-0940

Attorneys for Plaintiff
Microsoft Corporation

IRELL & MANELLA LLP
Andrei Iancu (SBN 184973)
*aiancu@irell.com*
Samuel Lu (SBN 171969)
*slu@irell.com*
Joseph Lipner (SBN 155735)
*jlipner@irell.com*
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Defendant TiVo Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, | Case No. 5:11-CV-02896-LHK |
| Plaintiff, | **JOINT STIPULATION REGARDING DISMISSAL WITH PREJUDICE OF ALL CLAIMS** |
| vs. | |
| TIVO INC., | |
| Defendant. | |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

JOINT STIPULATION REGARDING DISMISSAL
WITH PREJUDICE OF ALL CLAIMS

CASE NO. 5:11-CV-02896 LHK

Microsoft Corporation ("Microsoft") and TiVo Inc. ("TiVo") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

This Stipulation of Dismissal is made pursuant to Rule 41 of the Federal Rules of Civil Procedure and agreements between the Parties.

WHEREAS, Microsoft filed the above-captioned action (the "Action") asserting claims against TiVo for alleged infringement of U.S. Patent Nos. 5,731,844, 6,028,604, 5,585,838, and 5,758,258 (collectively, the "Asserted Patents");

WHEREAS, the Parties have agreed that Microsoft will dismiss with prejudice its claims for infringement by TiVo of all of the Asserted Patents.

In light of the foregoing, IT IS HEREBY STIPULATED THAT:

1. Microsoft's claims against TiVo for infringement of the Asserted Patents are dismissed with prejudice.

2. The Parties shall each bear their own costs and attorneys' fees in the Action.

IT IS SO STIPULATED AND AGREED.

Dated: March __, 2012          IRELL & MANELLA LLP

By: ___*/s/ Joseph Lipner*___
Joseph Lipner
Attorneys for Defendant TiVo Inc.

Dated: March __, 2012          WEIL, GOTSHAL & MANGES LLP

By: ___*/s/ Jared Bobrow*___
Jared Bobrow
Attorneys for Plaintiff Microsoft Corporation

The Clerk shall close the file.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: March 23, 2012          By: _____*Lucy H. Koh*_____
The Honorable Lucy H. Koh
United States District Judge

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

JOINT STIPULATION REGARDING DISMISSAL          1          CASE NO. 5:11-CV-02896 LHK
WITH PREJUDICE OF ALL CLAIMS